

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2016

No. 04-16-00417-CV

**IN THE INTEREST OF M.A.B., A CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504304
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

On September 14, 2016, this Court issued an order setting a deadline of September 19, 2016, to contest appellant's affidavit of indigence. No contest was filed. Therefore, the affidavit's allegations are deemed true, and the appellant may proceed without advance payment of costs. TEX. R. APP. P. 20.1(f).

It is therefore ORDERED that the clerk's record and the reporter's record be filed no later than October 14, 2016. In addition, the court coordinator must file the audio recording no later than October 14, 2016. Appellant's brief will be due within 20 days from the date the reporter's record is filed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court